# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00543-CV

**Marina Ginn, Appellant**

**v.**

**Gregory Ginn, Appellee**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 10-0595-F425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Marina Ginn has filed a document titled "Waiver of Appeal and Withdrawal of Notice of Appeal" in which she informs the Court that she withdraws her notice of appeal and waives her right to appeal pursuant to an agreement of the parties. We construe this document as an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed: August 24, 2018